IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH CROGNALE, derivatively on behalf of MEDICAL PROPERTIES TRUST, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDWARD K. ALDAG, JR., *et al.*, <br><br> Defendants, <br><br> and <br><br> MEDICAL PROPERTIES TRUST, INC., <br><br> Nominal Defendant. | * <br> * <br> * <br> * <br> Civil Action No.: 1:24-cv-02173-SAG <br> * <br> * <br> * <br> * <br> * <br> * |

* * * * * * * * * * * * * * *

**NOMINAL DEFENDANT MEDICAL PROPERTIES TRUST, INC.'S
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 103.3
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Local Rule 103.3, Nominal Defendant Medical Properties Trust, Inc. ("Medical Properties"), by and through its undersigned counsel, hereby certifies that Medical Properties has no parent corporation, and no publicly held corporation owns 10% or more of its stock. As of June 30, 2024, various investment funds affiliated with BlackRock, Inc., a publicly held corporation, collectively own 10% or more of Medical Properties' outstanding common stock.

Medical Properties further certifies that, as of the filing of Medical Properties' 2023 Annual Report on February 29, 2024, there are over five hundred non-public subsidiaries owned by or affiliated with Medical Properties. *See* Exhibit 1 hereto (Exhibit 21.1 to Medical Properties' 2023 Annual Report). Additionally, Medical Properties conducts substantially all of its business

through its operating partnership MPT Operating Partnership, L.P., which was formed under Delaware law on September 10, 2003.

National Union Fire Insurance Company of Pittsburgh, PA; Twin City Fire Insurance Co.; Freedom Specialty Insurance Company; Endurance Risk Solutions Assurance Co.; Allied World Specialty Insurance Company; Allianz Global Risks US Insurance Company; XL Specialty Insurance Company; RSUI Indemnity Company; Vantage Risk Assurance Company; and Ascot Insurance Company may have a financial interest in the outcome of this litigation due to insurance agreements entered into with Medical Properties.

Dated: September 20, 2024

          */s/    G. Stewart Webb, Jr.*
G. Stewart Webb, Jr., Esq.
Federal Bar No. 00828
William B. King
Federal Bar No. 19643
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7400
Fax: (410) 244-7742
gswebb@venable.com
wbking@venable.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                */s/*     *William B. King*
                                        William B. King