# EXHIBIT 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2023

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____
Commission file number 001-32559
Commission file number 333-177186

## Medical Properties Trust, Inc.
## MPT Operating Partnership, L.P.
**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| Maryland | 20-0191742 |
| Delaware | 20-0242069 |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(IRS Employer Identification No.)** |
| 1000 Urban Center Drive, Suite 501 Birmingham, AL | 35242 |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**(205) 969-3755**
**(Registrant's telephone number, including area code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common stock, par value $0.001 per share, of Medical Properties Trust, Inc. | MPW | The New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Medical Properties Trust, Inc.   Yes ☒   No ☐        MPT Operating Partnership, L.P.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Medical Properties Trust, Inc.   Yes ☐   No ☒        MPT Operating Partnership, L.P.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Medical Properties Trust, Inc.   Yes ☒   No ☐        MPT Operating Partnership, L.P.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
Medical Properties Trust, Inc.   Yes ☒   No ☐        MPT Operating Partnership, L.P.   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

**Medical Properties Trust, Inc.**

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

**MPT Operating Partnership, L.P.**

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in 12b-2 of the Act).
Medical Properties Trust, Inc.   Yes ☐   No ☒        MPT Operating Partnership, L.P.   Yes ☐   No ☒

As of June 30, 2023, the aggregate market value of the 591.3 million shares of common stock, par value $0.001 per share ("Common Stock"), held by non-affiliates of Medical Properties Trust, Inc. was $5.5 billion based upon the last reported sale price of $9.26 on the New York Stock Exchange on that date. For purposes of the foregoing calculation only, all directors and executive officers of Medical Properties Trust, Inc. have been deemed affiliates.

As of February 16, 2024, 599.1 million shares of Common Stock were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the definitive Proxy Statement of Medical Properties Trust, Inc. for the Annual Meeting of Stockholders to be held on May 30, 2024 are incorporated by reference into Items 10 through 14 of Part III, of this Annual Report on Form 10-K.

**Exhibit 21.1**

**SUBSIDIARIES OF REGISTRANT**

| Subsidiaries | Jurisdiction of Organization | Jurisdiction(s) in Which Qualified as a Foreign Corporation |
|---|---|---|
| Medical Properties Trust, LLC | Delaware | Alabama, Massachusetts |
| Mountain View-MPT Hospital, LLC | Delaware | Idaho |
| MPT of Altoona, LLC | Delaware | Wisconsin |
| MPT of Alvin FCER, LLC | Delaware | Texas |
| MPT Bath S.a.r.l. | Luxembourg | — |
| MPT of Bayonne, LLC | Delaware | New Jersey |
| MPT of Bennettsville, LLC | Delaware | South Carolina |
| MPT of Billings, LLC | Delaware | Montana |
| MPT of Boise, LLC | Delaware | Idaho |
| MPT of Bossier City, LLC | Delaware | Louisiana |
| MPT of Brodie FCER, LLC | Delaware | Texas |
| MPT of Broomfield FCER, LLC | Delaware | Colorado |
| MPT of Brownsville, LLC | Delaware | Texas |
| MPT of Casper, LLC | Delaware | Wyoming |
| MPT of Chandler FCER, LLC | Delaware | Arizona |
| MPT of Cheraw, LLC | Delaware | South Carolina |
| MPT of Clear Lake, LLC | Delaware | Texas |
| MPT of Clear Lake, L.P. | Delaware | Texas |
| MPT of Comal County, LLC | Delaware | Texas |
| MPT of Commerce City FCER, LLC | Delaware | Colorado |
| MPT of Converse FCER, LLC | Delaware | Texas |
| MPT of Corpus Christi, LLC | Delaware | Texas |
| MPT of Dallas LTACH, LLC | Delaware | Texas (as "MPT of Dallas LTACH GP, LLC") |
| MPT of Dallas LTACH, L.P. | Delaware | Texas |
| MPT Development Services, Inc. | Delaware | Alabama |
| MPT of Fairmont-Alecto, LLC | Delaware | West Virginia |
| MPT of Fairmont-Alecto Hospital, LLC | Delaware | West Virginia |
| MPT Finance Corporation | Delaware | — |
| MPT of Firestone FCER, LLC | Delaware | Colorado |
| MPT of Florence, LLC | Delaware | Arizona |
| MPT of Fountain FCER, LLC | Delaware | Colorado |
| MPT of Glendale FCER, LLC | Delaware | Arizona |
| MPT of Greenwood, LLC | Delaware | South Carolina |
| MPT of Hausman, LLC | Delaware | Texas |
| MPT of Hillsboro, LLC | Delaware | Texas |
| MPT of Hillsboro, L.P. | Delaware | Texas |
| MPT of Hoboken Hospital, LLC | Delaware | — |
| MPT of Hoboken TRS, LLC | Delaware | New Jersey |
| MPT of Hoover-Medical West, LLC | Delaware | Alabama |
| MPT of Idaho Falls, LLC | Delaware | Idaho |
| MPT of Johnstown, LLC | Delaware | Colorado |
| MPT JV Holdco Sarl | Luxembourg | — |
| MPT of Kansas City, LLC | Delaware | Missouri |
| MPT of Lafayette, LLC | Delaware | Indiana |
| MPT of Laredo, LLC | Delaware | Texas |
| MPT of Las Cruces, LLC | Delaware | New Mexico |
| MPT Legacy of Montclair, LLC | Delaware | New Jersey |
| MPT of Little Elm FCER, LLC | Delaware | Texas |
| MPT of Los Angeles, LLC | Delaware | California |
| MPT of Los Angeles, L.P. | Delaware | California |
| MPT of Mesa, LLC | Delaware | Arizona |
| MPT of Mesquite, LLC | Delaware | Texas |
| MPT of Mountain View, LLC | Delaware | — |
| MPT of Nacogdoches FCER, LLC | Delaware | Texas |
| MPT of North Gate FCER, LLC | Delaware | Colorado |
| MPT of Ogden, LLC | Delaware | Utah |
| MPT of Olympia, LLC | Delaware | — |
| MPT Operating Partnership, L.P. | Delaware | Massachusetts, Alabama, New York, Kansas |
| MPT of Overlook Parkway, LLC | Delaware | Texas |
| MPT of Paradise Valley, LLC | Delaware | California |
| MPT of Paradise Valley, L.P. | Delaware | California |
| MPT of PA-Vibra Lender, LLC | Delaware | Michigan |
| MPT of Pearland FCER, LLC | Delaware | Texas |

| | | |
|---|---|---|
| MPT of Petersburg, LLC | Delaware | Virginia |
| MPT of Poplar Bluff, LLC | Delaware | Missouri |
| MPT of Port Arthur, LLC | Delaware | Texas |
| MPT of Post Falls, LLC | Delaware | Idaho |
| MPT of Prescott Valley, LLC | Delaware | Arizona |
| MPT of Provo, LLC | Delaware | Utah |
| MPT Portugal Holdings Sarl | Luxembourg | — |
| MPT RHM Achertal S.a.r.l. | Luxembourg | — |
| MPT RHM Adelsberg S.a.r.l. | Luxembourg | — |
| MPT RHM Aukammtal S.a.r.l. | Luxembourg | — |
| MPT RHM Bad Lausick S.a.r.l. | Luxembourg | — |
| MPT RHM Bad Sulze S.a.r.l. | Luxembourg | — |
| MPT RHM Berggiesshubel S.a.r.l. | Luxembourg | — |
| MPT RHM Braunfels S.a.r.l. | Luxembourg | — |
| MPT RHM Buchberg S.a.r.l. | Luxembourg | — |
| MPT RHM Burg Landshut S.a.r.l. | Luxembourg | — |
| MPT AHG Odenwald S.a.r.l. | Luxembourg | — |
| MPT RHM Christiaan S.a.r.l. | Luxembourg | — |
| MPT RHM Flechtingen S.a.r.l. | Luxembourg | — |
| MPT RHM Flechtingen II S.a.r.l. | Luxembourg | — |
| MPT RHM Fontana S.a.r.l. | Luxembourg | — |
| MPT RHM Franz-Alexander S.a.r.l. | Luxembourg | — |
| MPT RHM Gottleuba S.a.r.l. | Luxembourg | — |
| MPT RHM Grunheide S.a.r.l. | Luxembourg | — |
| MPT RHM Gunzenbach S.a.r.l. | Luxembourg | — |
| MPT RHM Gyhum S.a.r.l. | Luxembourg | — |
| MPT RHM Hannover S.a.r.l. | Luxembourg | — |
| MPT RHM Heidelberg S.a.r.l. | Luxembourg | — |
| MPT RHM Heiligendamm S.a.r.l. | Luxembourg | — |
| MPT RHM Heinrich Mann S.a.r.l. | Luxembourg | — |
| MPT RHM Hillersbach S.a.r.l. | Luxembourg | — |
| MPT RHM Hohenfeld S.a.r.l. | Luxembourg | — |
| MPT RHM Hohenlohe S.a.r.l. | Luxembourg | — |
| MPT RHM Holdco S.a.r.l. | Luxembourg | — |
| MPT RHM Hoppegarten S.a.r.l. | Luxembourg | — |
| MPT RHM Kaiserberg S.a.r.l. | Luxembourg | — |
| MPT RHM Kalbe S.a.r.l. | Luxembourg | — |
| MPT RHM Kinzigtal S.a.r.l. | Luxembourg | — |
| MPT RHM Kladow S.a.r.l. | Luxembourg | — |
| MPT RHM Klaus S.a.r.l. | Luxembourg | — |
| MPT RHM Lobenstein S.a.r.l. | Luxembourg | — |
| MPT RHM Magdeburg S.a.r.l. | Luxembourg | — |
| MPT RHM Moselschleife S.a.r.l. | Luxembourg | — |
| MPT RHM Park S.a.r.l. | Luxembourg | — |
| MPT RHM Schlangenbad S.a.r.l. | Luxembourg | — |
| MPT RHM Sonnenwende S.a.r.l. | Luxembourg | — |
| MPT RHM St. George Bad Durrheim S.a.r.l. | Luxembourg | — |
| MPT RHM St. George Bad Krotzingen S.a.r.l. | Luxembourg | — |
| MPT RHM Sudpark S.a.r.l. | Luxembourg | — |
| MPT RHM Tennstedt S.a.r.l. | Luxembourg | — |
| MPT RHM TRS S.a.r.l. | Luxembourg | — |
| MPT RHM Vesalius S.a.r.l. | Luxembourg | — |
| MPT RHM Wismar S.a.r.l. | Luxembourg | — |
| Med Valencia S.a.r.l. | Luxembourg | — |
| Bacoreta Investments S.L. | Spain | — |
| Healthcare Properties Fund Italy | Italy | — |
| MPT Median Münchwies S.a.r.l. | Luxembourg | — |
| MPT Median Schweriner See S.a.r.l. | Luxembourg | — |
| MPT Median Bad Oeynhausen S.a.r.l. | Luxembourg | — |
| MPT Median Bad Salzuflen S.a.r.l. | Luxembourg | — |
| MPT Bad Pyrmont II S.a.r.l. | Luxembourg | — |
| MPT Median Bassenheim S.a.r.l. | Luxembourg | — |
| MPT Median Psychosomatik S.a.r.l | Luxembourg | — |
| MPT Median Wilhelmsheim S.a.r.l. | Luxembourg | — |
| MPT Median Daun-Thommener Höhe S.a.r.l. | Luxembourg | — |
| MPT Median Daun-Am Rosenberg S.a.r.l. | Luxembourg | — |
| MPT Median Dormagen, S.a.r.l. | Luxembourg | — |
| MPT Median Tönisstein S.a.r.l. | Luxembourg | — |
| MPT Median Haus Dondert S.a.r.l. | Luxembourg | — |

| | | |
|---|---|---|
| MPT Median Haus Grefrath S.a.r.l. | Luxembourg | — |
| MPT Median Haus Remscheid S.a.rl. | Luxembourg | — |
| MPT Median Germersheim S.a.r.l. | Luxembourg | — |
| MPT Median am Waldsee S.a.r.l. | Luxembourg | — |
| MPT Median Haus Willich S.a.r.l. | Luxembourg | — |
| MPT Median Daun-Altburg S.a.r.l. | Luxembourg | — |
| MPT Median Salze S.a.r.l. | Luxembourg | — |
| MPT Median Saale S.a.r.l. | Luxembourg | — |
| MPT Median Saale II S.a.r.l. | Luxembourg | — |
| MPT Median Children's Rehab S.a.r.l. | Luxembourg | — |
| MPT Median Meduna S.a.r.l. | Luxembourg | — |
| MPT Median Meduna Park S.a.r.l. | Luxembourg | — |
| MPT JV Acute Holdco S.a.r.l. | Luxembourg | — |
| MPT AHG Lubeck S.a.r.l. | Luxembourg | — |
| MPT AHG Mecklenberg S.a.r.l. | Luxembourg | — |
| MPT AHG Ravensruh S.a.r.l. | Luxembourg | — |
| MPT AHG Richelsdorf S.a.r.l. | Luxembourg | — |
| MPT AHG Romhild S.a.r.l. | Luxembourg | — |
| MPT AHG Wigbertshohe S.a.r.l. | Luxembourg | — |
| MPT Alicante SL | Spain | — |
| MPT Barby Sarl | Luxembourg | — |
| MPT Brandis Sarl | Luxembourg | — |
| MPT Kuhlungsborn Sarl | Luxembourg | — |
| MPT ATOS Cologne S.a.r.l. | Luxembourg | — |
| MPT Barby Sarl | Luxembourg | — |
| MPT Barcelona Spanish Investment SL | Spain | — |
| MPT Brandis Sarl | Luxembourg | — |
| MPT Circle-Birmingham S.a.r.l. | Luxembourg | — |
| MPT UK Holdco S.a.r.l | Luxembourg | — |
| MPT Median Burggraben S.a.r.l | Luxembourg | — |
| MPT Median Holdings, S.a.r.l. | Luxembourg | — |
| Medical Properties Trust S.a.r.l. | Luxembourg | — |
| MPT Luxembourg GP S.a.r.l. | Luxembourg | — |
| MPT Luxembourg Partnership SCS | Luxembourg | — |
| MPT Luxembourg AIF Italy GP S.a.r.l. | Luxembourg | — |
| MPT Luxembourg AIF Italy SCSp | Luxembourg | — |
| MPT Europe Holdco S.a.rl. | Luxembourg | — |
| MPT BMI Harbour Hospital Sarl | Luxembourg | — |
| MPT Switzerland Holdings Sarl | Luxembourg | — |
| MPT Valencia Spanish Investment SL | Spain | — |
| MPT Mt Stuart Limited | United Kingdom | — |
| MPT Euxton Limited | United Kingdom | — |
| MPT Renacres Limited | United Kingdom | — |
| MPT Downs Limited | United Kingdom | — |
| MPT Winfield Limited | United Kingdom | — |
| MPT Rowley Limited | United Kingdom | — |
| MPT Ashtead Limited | United Kingdom | — |
| MPT Reading Limited | United Kingdom | — |
| MPT Viseu Sarl | Luxembourg | — |
| MPT Gozo Sarl | Luxembourg | — |
| Kiinteistö Oy Oulun Kiilakivi | Finland | — |
| Kiinteistö Oy Helsingin Puutarhurinkuja 2 | Finland | — |
| Kiinteistö Oy Kuopion Isabella | Finland | — |
| Kiinteistö Oy Turun Joukahaisenkatu 9 | Finland | — |
| Kiinteistö Oy Joukahaisenkadun Pysäköinti | Finland | — |
| Newco Inversiones Immobiliarias SL | Spain | — |
| Proyectos Torrelodones SL | Spain | — |
| Proyectos Moraleja 2002 SL | Spain | — |
| MPT Australia Realty Trust | New South Wales | — |
| MPT Australian Services Pty Ltd | New South Wales | — |
| MPT Kingswood Realty Trust | New South Wales | — |
| MPT Campbelltown Realty Trust | New South Wales | — |
| MPT Liverpool Realty Trust | New South Wales | — |
| MPT Bundoora Realty Trust | New South Wales | — |
| MPT Sunnybank Realty Trust | New South Wales | — |
| MPT Strathpine Realty Trust | New South Wales | — |
| MPT Perth Realty Trust | New South Wales | — |
| MPT St. Albans Realty Trust | New South Wales | — |
| MPT Glen Waverley Realty Trust | New South Wales | — |

| | | |
|---|---|---|
| MPT Wantirna Realty Trust | New South Wales | — |
| MPT Ringwood East Realty Trust | New South Wales | — |
| Medical Properties Trust Limited | Jersey | — |
| MPT Propco Holdco Ltd | Jersey | — |
| MPT Harrow Ltd | United Kingdom | — |
| MPT Glasgow Ltd | United Kingdom | — |
| MPT Osborn Ltd | United Kingdom | — |
| MPT Stepney Green Ltd | United Kingdom | — |
| MPT Fulwood Ltd | United Kingdom | — |
| MPT Great Missenden Ltd | United Kingdom | — |
| MPT Arnold Ltd | United Kingdom | — |
| MPT Combe Down Ltd | United Kingdom | — |
| MPT Guildford Ltd | United Kingdom | — |
| MPT Basingstoke Ltd | United Kingdom | — |
| MPT Canterbury Ltd | United Kingdom | — |
| MPT Altrincham Ltd | United Kingdom | — |
| MPT Bristol Ltd | United Kingdom | — |
| MPT Chelmsford Ltd | United Kingdom | — |
| MPT Grovelands Ltd | United Kingdom | — |
| MPT Knaphill Ltd | United Kingdom | — |
| MPT Roehampton Dowdeswell Ltd | United Kingdom | — |
| MPT Lincolnshire Limited | United Kingdom | — |
| MPT Sandon Limited | United Kingdom | — |
| MPT Walsall Limited | United Kingdom | — |
| MPT Dewsbury Limited | United Kingdom | — |
| MPT East Riding Limited | United Kingdom | — |
| MPT UK Holdings Limited | United Kingdom | — |
| MPT UK Property Holdings Limited | United Kingdom | — |
| MPT Bath Ltd | Jersey | — |
| MPT Circle Birmingham Ltd | Jersey | — |
| MPT BMI Harbour Hospital Ltd | Jersey | — |
| MPT Croydon Ltd | United Kingdom | — |
| MPT Rochdale Ltd | United Kingdom | — |
| MPT Orpington Ltd | United Kingdom | — |
| MPT Swindon Ltd | United Kingdom | — |
| MPT Milton Keynes Ltd | United Kingdom | — |
| MPT Aberdeen Ltd | United Kingdom | — |
| MPT Winchester Ltd | United Kingdom | — |
| MPT 21 (Somerfield Hospital) Ltd | United Kingdom | — |
| MPT Hendon Ltd | United Kingdom | — |
| MPT 23 (Fawkham Manor Hospital) Ltd | United Kingdom | — |
| MPT Beckenham Ltd | United Kingdom | — |
| MPT Carmarthen Ltd | United Kingdom | — |
| MPT Blackburn Ltd | United Kingdom | — |
| MPT 27 (Esperance Hospital) Ltd | United Kingdom | — |
| MPT Biddenham Ltd | United Kingdom | — |
| MPT 29 (Fernbrae Hospital) Ltd | United Kingdom | — |
| MPT 30 (Paddocks Hospital) Ltd | United Kingdom | — |
| MPT Blackheath Ltd | United Kingdom | — |
| MPT Worthing Ltd | United Kingdom | — |
| MPT Bolton Ltd | United Kingdom | — |
| MPT Edgbaston Ltd | United Kingdom | — |
| MPT Droitwich Spa Ltd | United Kingdom | — |
| MPT Dorchester Ltd | United Kingdom | — |
| MPT Cheadle Ltd | United Kingdom | — |
| MPT 38 (Property Holdings) Ltd | United Kingdom | — |
| Bath Business Management Limited | Luxembourg | — |
| MPT Dahlener Heide S.a.r.l. | Luxembourg | — |
| MPT Darlington Limited | United Kingdom | — |
| MPT Colombia TRS, S.L. | Spain | — |
| Medical Properties Trust, S.L. | Spain | — |
| MPT Colombia Finance, S.L. | Spain | — |
| MPT Cavendish Ltd. | United Kingdom | — |
| MPT Circle Reading Ltd. | United Kingdom | — |
| MPT UK Finance Co. Ltd. | United Kingdom | — |
| MPT Santa Maria da Feira S.a.r.l. | United Kingdom | — |
| MPT Bamford Ltd. | United Kingdom | — |
| MPT Bromley Ltd. | United Kingdom | — |
| MPT Bussage Ltd. | United Kingdom | — |

| | | |
|---|---|---|
| MPT Fromefield Ltd. | United Kingdom | — |
| MPT Godalming Ltd. | United Kingdom | — |
| MPT Hemel Hempstead Ltd. | United Kingdom | — |
| MPT Hurworth Ltd. | United Kingdom | — |
| MPT Mansionhouse Ltd. | United Kingdom | — |
| MPT Meanwood Ltd. | United Kingdom | — |
| MPT Melton Mowbray Ltd. | United Kingdom | — |
| MPT Middleton Ltd. | United Kingdom | — |
| MPT Monmouth Ltd. | United Kingdom | — |
| MPT Newbury Ltd. | United Kingdom | — |
| MPT Nottingham Ltd. | United Kingdom | — |
| MPT Odiham Ltd. | United Kingdom | — |
| MPT Old Woking Ltd. | United Kingdom | — |
| MPT Preston Ltd. | United Kingdom | — |
| MPT Sketchley Ltd. | United Kingdom | — |
| MPT Southampton Ltd. | United Kingdom | — |
| MPT Tadley Ltd. | United Kingdom | — |
| MPT Wilmslow Ltd. | United Kingdom | — |
| MPT Woodbourne Ltd. | United Kingdom | — |
| MPT Annesley Ltd. | United Kingdom | — |
| MPT Burston Ltd. | United Kingdom | — |
| MPT Roehampton Ltd. | United Kingdom | — |
| MPT Calverton Ltd. | United Kingdom | — |
| MPT Goddards Green Ltd. | United Kingdom | — |
| MPT Langho Ltd. | United Kingdom | — |
| MPT Royston Ltd. | United Kingdom | — |
| MPT Llanarth Ltd. | United Kingdom | — |
| MPT Edmonton Ltd. | United Kingdom | — |
| MPT Stockton Ltd. | United Kingdom | — |
| MPT Ayr Ltd. | United Kingdom | — |
| MPT Stapleford Tawney Ltd. | United Kingdom | — |
| MPT Willenhall Ltd. | United Kingdom | — |
| MPT Stirling Ltd. | United Kingdom | — |
| Cayman TRS Holdings | Cayman Islands | — |
| MPT of Victory Lakes FCER, LLC | Delaware | Texas |
| MPT of West Monroe, LLC | Delaware | Louisiana |
| MPT of Westover Hills, LLC | Delaware | Texas |
| MPT of West Valley City, LLC | Delaware | Utah |
| MPT of Wichita, LLC | Delaware | Kansas |
| Wichita Health Associates Limited Partnership | Delaware | Kansas |
| MPT of Sherman-Alecto Hospital, LLC | Delaware | Texas |
| MPT of Denver 48th FCER, LLC | Delaware | Colorado |
| MPT of McKinney FCER, LLC | Delaware | Texas |
| MPT of Gilbert FCER, LLC | Delaware | Arizona |
| MPT of Blue Springs, LLC | Delaware | Missouri |
| MPT of Missouri, LLC | Delaware | Missouri |
| MPT of Aurora FCER, LLC | Delaware | Colorado |
| MPT of Weslaco, LLC | Delaware | Texas |
| MPT of Chandler-Ray FCER, LLC | Delaware | Arizona |
| MPT of Highland Village FCER, LLC | Delaware | Texas |
| MPT Europe Opportunities, LLC | Delaware | — |
| MPT of Helotes FCER, LLC | Delaware | Texas |
| MPT of Parker FCER, LLC | Delaware | Colorado |
| MPT of Cinco Ranch FCER, LLC | Delaware | Texas |
| MPT of Lubbock, LLC | Delaware | Texas |
| MPT of Mesa-Ellsworth AD, LLC | Delaware | Arizona |
| MPT of Goodyear FCER, LLC | Delaware | Arizona |
| MPT of Hartsville-Capella, LLC | Delaware | South Carolina |
| MPT of Hot Springs-Capella, LLC | Delaware | Arkansas |
| MPT of McMinnville-Capella, LLC | Delaware | Oregon |
| MPT of Longmont FCER, LLC | Delaware | Colorado |
| MPT of Port Huron, LLC | Delaware | Michigan |
| MPT of Creekside FCER, LLC | Delaware | Texas |
| MPT of Morris, LLC | Delaware | New Jersey |
| MPT of Flagstaff, LLC | Delaware | Arizona |
| MPT of Highlands Ranch FCER, LLC | Delaware | Colorado |
| MPT of Marrero FCER, LLC | Delaware | Louisiana |
| MPT of San Tan Valley FCER, LLC | Delaware | Arizona |
| MPT of New Orleans Canal FCER, LLC | Delaware | Louisiana |

| Entity | State of Formation | Location |
|---|---|---|
| MPT of Plano Preston FCER, LLC | Delaware | Texas |
| MPT of Houston Antoine FCER, LLC | Delaware | Texas |
| MPT of Katy 1463 FCER, LLC | Delaware | Texas |
| MPT of Newark, LLC | Delaware | New Jersey |
| MPT of Potranco FCER, LLC | Delaware | Texas |
| MPT of Mandeville FCER, LLC | Delaware | Louisiana |
| MPT of DeZavala FCER, LLC | Delaware | Texas |
| MPT of Glendale Camelback FCER, LLC | Delaware | Arizona |
| MPT of Austin Riverside FCER, LLC | Delaware | Texas |
| MPT of Lewiston-RCCH LLC | Delaware | Idaho |
| MPT of Pasco-RCCH, LLC | Delaware | Washington |
| MPT of Ayer-Steward, LLC | Delaware | Massachusetts |
| MPT of Brighton-Steward, LLC | Delaware | Massachusetts |
| MPT of Brockton-Steward, LLC | Delaware | Massachusetts |
| MPT of Coral Terrace-Steward, LLC | Delaware | Florida |
| MPT of Dorchester-Steward, LLC | Delaware | Massachusetts |
| MPT of Fall River-Steward, LLC | Delaware | Massachusetts |
| MPT of Methuen-Steward, LLC | Delaware | Massachusetts |
| MPT of Norwood-Steward, LLC | Delaware | Massachusetts |
| MPT of Taunton-Steward, LLC | Delaware | Massachusetts |
| MPT of Haverhill-Steward, LLC | Delaware | Massachusetts |
| MPT Sycamore Opco, LLC | Delaware | — |
| MPT of Toledo, LLC | Delaware | Ohio |
| MPT of Mesa Superstition-Steward, LLC | Delaware | Arizona |
| MPT of Melbourne-Steward, LLC | Delaware | Florida |
| MPT of Rockledge-Steward, LLC | Delaware | Florida |
| MPT of Sebastian-Steward, LLC | Delaware | Florida |
| MPT of Warren-Steward, LLC | Delaware | Ohio |
| MPT of Youngstown-Steward, LLC | Delaware | Ohio |
| MPT of Easton-Steward, LLC | Delaware | Pennsylvania |
| MPT of Sharon-Steward, LLC | Delaware | Pennsylvania |
| MPT of Hillside-Steward, LLC | Delaware | Ohio |
| MPT of Martins Ferry-Alecto, LLC | Delaware | Ohio |
| MPT of Martins Ferry-Alecto Hospital, LLC (TRS) | Delaware | Ohio |
| MPT of Maricopa RE-Steward, LLC | Delaware | Arizona |
| MPT of Odessa RE-Steward, LLC | Delaware | Texas |
| MPT of Ogden RE-Steward, LLC | Delaware | Utah |
| MPT of Phoenix RE-Steward, LLC | Delaware | Arizona |
| MPT of Port Arthur RE-Steward LLC | Delaware | Texas |
| MPT of San Antonio RE-Steward, LLC | Delaware | Texas |
| MPT of Phoenix Behavioral-Steward, LLC | Delaware | Arizona |
| MPT Global Opportunities, LLC | Delaware | — |
| MPT of Rosenberg FCER, LLC | Delaware | Texas |
| MPT of Sherman-Alecto, LLC | Delaware | Texas |
| MPT of Spartanburg, LLC | Delaware | South Carolina |
| MPT of Thornton FCER, LLC | Delaware | Colorado |
| MPT of Tomball, LLC | Delaware | Texas (as "MPT of Tomball GP, LLC") |
| MPT of Tomball, L.P. | Delaware | Texas |
| MPT of Twelve Oaks, LLC | Delaware | Texas |
| MPT of Twelve Oaks, L.P. | Delaware | Texas |
| MPT of Wheeling-Alecto, LLC | Delaware | West Virginia |
| MPT of Wheeling-Alecto Hospital, LLC | Delaware | West Virginia |
| MPT of Layton-Steward, LLC | Delaware | Utah |
| MPT of Hope-Steward, LLC | Delaware | Arkansas |
| MPT of West Jordan-Steward, LLC | Delaware | Utah |
| MPT of Odessa-Steward, LLC | Delaware | Texas |
| MPT of Houston-Steward, LLC | Delaware | Texas |
| MPT of Phoenix-Steward, LLC | Delaware | Arizona |
| MPT of Salt Lake City-Steward, LLC | Delaware | Utah |
| MPT of San Antonio-Steward, LLC | Delaware | Texas |
| MPT of Tempe-Steward, LLC | Delaware | Arizona |
| MPT of Texarkana-Steward, LLC | Delaware | Texas |
| MPT of Houston RE-Steward, LLC | Delaware | Texas |
| MPT of Layton RE-Steward, LLC | Delaware | Utah |
| MPT of Lehi-Steward, LLC | Delaware | Utah |
| MPT TRS Lender-Steward, LLC | Delaware | Massachusetts |
| MPT of Big Spring-Steward, LLC | Delaware | Texas |
| MPT Australia MIT Holdings, LLC | Delaware | — |
| MPT Australia, LLC | Delaware | — |

| | | |
|---|---|---|
| MPT of Elgin, LLC | Delaware | South Carolina |
| MPT of Watsonville Lender, LLC | Delaware | California |
| MPT of Watsonville, LLC | Delaware | California |
| MPT of St. Luke's Parallel Parkway, LLC | Delaware | Kansas |
| MPT of St. Luke's Roeland Park, LLC | Delaware | Kansas |
| MPT of St. Luke's Shawnee, LLC | Delaware | Kansas |
| MPT of St. Luke's Overland Park North, LLC | Delaware | Kansas |
| MPT of St. Luke's Overland Park South, LLC | Delaware | Kansas |
| MPT of St. Luke's Olathe, LLC | Delaware | Kansas |
| MPT of St. Luke's Leawood, LLC | Delaware | Kansas |
| MPT Australia Trust, Inc. | Maryland | — |
| MPT TRS Lender PMH, LLC | Delaware | — |
| MPT of Bellflower PMH GP, LLC | Delaware | California |
| MPT of Culver City PMH GP, LLC | Delaware | California |
| MPT of Hollywood PMH GP, LLC | Delaware | California |
| MPT of Los Angeles PMH GP, LLC | Delaware | California |
| MPT of Manchester PMH, LLC | Delaware | Connecticut |
| MPT of North Providence PMH, LLC | Delaware | Rhode Island |
| MPT of Norwalk PMH GP, LLC | Delaware | California |
| MPT of Providence PMH, LLC | Delaware | Rhode Island |
| MPT of Ridley Park PMH, LLC | Delaware | Pennsylvania |
| MPT of Rockville PMH, LLC | Delaware | Connecticut |
| MPT of Springfield PMH, LLC | Delaware | Pennsylvania |
| MPT of Tustin PMH GP, LLC | Delaware | California |
| MPT of Upland PMH, LLC | Delaware | Pennsylvania |
| MPT of Upper Darby PMH, LLC | Delaware | Pennsylvania |
| MPT of Van Nuys PMH GP, LLC | Delaware | California |
| MPT of Waterbury PMH, LLC | Delaware | Connecticut |
| MPT of Bellflower PMH, L.P. | Delaware | California |
| MPT of Culver City PMH, L.P. | Delaware | California |
| MPT of Hollywood PMH, L.P. | Delaware | California |
| MPT of Los Angeles PMH, L.P. | Delaware | California |
| MPT of Norwalk PMH, L.P. | Delaware | California |
| MPT of Tustin PMH, L.P | Delaware | California |
| MPT of Van Nuys PMH, L.P. | Delaware | California |
| MPT TRS Lender-Vibra, LLC | Delaware | — |
| MPT of Bowling Green-Vibra, LLC | Delaware | Kentucky |
| MPT of Fresno-Vibra GP, LLC | Delaware | California |
| MPT of Fresno-Vibra, L.P. | Delaware | California |
| MPT of San Bernardino-Vibra GP, LLC | Delaware | California |
| MPT of San Bernardino-Vibra, L.P. | Delaware | California |
| MPT of Crown Point-Vibra, LLC | Delaware | Indiana |
| MPT of Mahoning Valley-Vibra, LLC | Delaware | Ohio |
| MPT of Sacramento-Vibra GP, LLC | Delaware | California |
| MPT of Sacramento-Vibra, L.P. | Delaware | California |
| MPT of Rochdale-Vibra, LLC | Delaware | Massachusetts |
| MPT of Charleston-Vibra, LLC | Delaware | South Carolina |
| MPT of Richmond-Vibra, LLC | Delaware | Virginia |
| MPT of South Clear Lake, LLC | Delaware | Texas |
| MPT of Johnstown-Lima, LLC | Delaware | Pennsylvania |
| MPT of Meyersdale-Lima, LLC | Delaware | Pennsylvania |
| MPT of Hastings-Lima, LLC | Delaware | Pennsylvania |
| MPT of Roaring Springs-Lima, LLC | Delaware | Pennsylvania |
| MPT of Lawton-Lima, LLC | Delaware | Oklahoma |
| MPT of Palestine-Lima, LLC | Delaware | Texas |
| MPT of Ottumwa-Lima, LLC | Delaware | Iowa |
| MPT of Riverton-Lima, LLC | Delaware | Wyoming |
| MPT of Lander-Lima, LLC | Delaware | Wyoming |
| MPT of Ernest-Bakersfield,LLC | Delaware | California |
| MPT of Ernest-Bakersfield, LP | Delaware | California |
| MPT of Utah-Steward, LLC | Delaware | — |
| MPT of Utah-Steward Holdings, LLC | Delaware | — |
| MPT Manolete Opco TRS, LLC | Delaware | — |
| MPT of Layton-Steward Property, LLC | Delaware | Utah |
| MPT of West Jordan-Steward Property, LLC | Delaware | Utah |
| MPT of Hillsboro TRS Lender, LLC | Delaware | — |
| MPT of Lynwood, L.P. | Delaware | California |
| MPT of Lynwood GP, LLC | Delaware | — |
| MPT of Ernest-Stockton, LLC | Delaware | California |

| | | |
|---|---|---|
| MPT of Ernest-Stockton, LP | Delaware | California |
| MPT of El Paso, LLC | Delaware | Texas |
| MPT of Clarksville, LLC | Delaware | Indiana |
| MPT TRS, Inc. | Delaware | — |
| MPT of Coral Gables-Steward, LLC | Delaware | Florida |
| MPT of Hialeah-Steward, LLC | Delaware | Florida |
| MPT of Hialeah Palmetto-Steward, LLC | Delaware | Florida |
| MPT of Lauderdale Lakes-Steward, LLC | Delaware | Florida |
| MPT of Miami-Steward, LLC | Delaware | Florida |
| MPT of Ernest-Lexington, LLC | Delaware | South Carolina |
| MPT Springstone REIT, Inc. | Delaware | — |
| MPT of Gardena-PHS, L.P. | Delaware | California |
| MPT of Huntington Park-PHS, L.P. | Delaware | California |
| MPT of Huntington Park MOB-PHS, L.P. | Delaware | California |
| MPT of East Los Angeles-PHS, L.P. | Delaware | California |
| MPT of Norwalk-PHS, L.P. | Delaware | California |
| MPT of Norwalk MOB-PHS, L.P. | Delaware | California |
| MPT of Gardena-PHS GP, LLC | Delaware | California |
| MPT of Huntington Park-PHS GP, LLC | Delaware | California |
| MPT of Huntington Park MOB-PHS GP, LLC | Delaware | California |
| MPT of East Los Angeles-PHS GP, LLC | Delaware | California |
| MPT of Norwalk-PHS GP, LLC | Delaware | California |
| MPT of Norwalk MOB-PHS GP, LLC | Delaware | California |
| MPT Business Holdings, LLC | Delaware | — |
| MPT of Detroit, LLC | Delaware | Michigan |
| MPT of Avondale-Springstone, LLC | Delaware | Arizona |
| MPT of Carrollton-Springstone, LLC | Delaware | Texas |
| MPT of Columbus-Springstone, LLC | Delaware | Ohio |
| MPT of Conroe-Springstone, LLC | Delaware | Texas |
| MPT of Dublin-Springstone, LLC | Delaware | Ohio |
| MPT of Englewood-Springstone, LLC | Delaware | Colorado |
| MPT of Ft. Worth-Springstone, LLC | Delaware | Texas |
| MPT of Georgetown-Springstone, LLC | Delaware | Texas |
| MPT of Gilbert-Springstone, LLC | Delaware | Arizona |
| MPT of Highland Hills-Springstone, LLC | Delaware | Ohio |
| MPT of Lafayette-Springstone, LLC | Delaware | Indiana |
| MPT of Newburgh-Springstone, LLC | Delaware | Indiana |
| MPT of Olathe-Springstone, LLC | Delaware | Kansas |
| MPT of Oklahoma City-Springstone, LLC | Delaware | Oklahoma |
| MPT of Raleigh-Springstone GP, LLC | Delaware | North Carolina |
| MPT of Richmond-Springstone, LLC | Delaware | Texas |
| MPT of West Chester-Springstone, LLC | Delaware | Ohio |
| MPT of Vancouver-Springstone, LLC | Delaware | Washington |
| MPT Springstone REIT, Inc. | Maryland | — |
| MPT Silver Holdco, LLC | Delaware | — |
| Silver Holdco JV, LLC | Delaware | — |
| MPT UK JV Holdings, LLC | Delaware | — |
| MPT of Raleigh-Springstone, L.P. | Delaware | North Carolina |
| MPT of McKinney-Springstone, LLC | Delaware | Texas |
| Silver Holdco JV Sub, LLC | Delaware | — |
| Hospital Properties (Reading Ltd.) | Jersey | — |
| MPT UK Finance Co Limited | United Kingdom | — |
| Rehab and Mental Healthcare Group B.V. | Netherlands | — |

Certain subsidiaries were omitted pursuant to Item 601(21)(ii) of the SEC's Regulation S-K.