IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSEPH CROGNALE, derivatively on behalf of MEDICAL PROPERTIES TRUST, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDWARD K. ALDAG, JR., *et al.*, <br><br> Defendants, <br><br> and <br><br> MEDICAL PROPERTIES TRUST, INC., <br><br> Nominal Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No.: 1:24-cv-02173-SAG |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOMINAL DEFENDANT MEDICAL PROPERTIES TRUST, INC.'S
MOTION FOR WAIVER OF THE REQUIREMENT TO MANUALLY ENTER
THE NAMES OF ITS OVER FIVE HUNDRED NON-PUBLIC SUBSIDIARIES
INTO THE CM/ECF SYSTEM IN CONNECTION WITH FILING
ITS LOCAL RULE 103.3 CORPORATE DISCLOSURE STATEMENT**

Nominal Defendant Medical Properties Trust, Inc. ("Medical Properties"), by and through undersigned counsel, hereby moves for a waiver of this Court's requirement to manually enter the names of Medical Properties' over five hundred subsidiaries or affiliates into the CM/ECF system in connection with filing its Federal Rule of Civil Procedure 7.1 and Local Rule 103.3 Disclosure Statement (the "Corporate Disclosure Statement"). In support of this motion, Medical Properties states as follows:

1.   Concurrently with the filing of this motion, Medical Properties has filed a Corporate Disclosure Statement, in which it certifies that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock. The Statement further certifies that:

(i)   As of June 30, 2024, various investment funds affiliated with BlackRock,

        Inc., a publicly held corporation, collectively own 10% or more of Medical Properties' outstanding common stock;

(ii)      Medical Properties conducts substantially all of its business through its operating partnership MPT Operating Partnership, L.P.;

(iii)      National Union Fire Insurance Company of Pittsburgh, PA; Twin City Fire Insurance Co.; Freedom Specialty Insurance Company; Endurance Risk Solutions Assurance Co.; Allied World Specialty Insurance Company; Allianz Global Risks US Insurance Company; XL Specialty Insurance Company; RSUI Indemnity Company; Vantage Risk Assurance Company; and Ascot Insurance Company may have a financial interest in the outcome of this litigation due to insurance agreements entered into with Medical Properties; and

(iv)      As of the filing of Medical Properties' 2023 Annual Report on February 29, 2024, there are ***over five hundred*** non-public subsidiaries owned by or affiliated with Medical Properties.

2.      Pursuant to this Court's CM/ECF filing instructions, counsel for Medical Properties has manually inputted into the CM/ECF system for conflicts check the names of: Blackrock, Inc.; MPT Operating Partnership, L.P.; and the ten insurance companies identified. However, due to the volume of the over five hundred non-public subsidiaries or affiliates of Medical Properties, counsel has not manually entered those names into CM/ECF but has instead attached a document listing the names of those subsidiaries as Exhibit 1 to the Corporate Disclosure Statement.

3.      Nearly all of Medical Properties' non-public subsidiaries have "Medical Properties Trust" or "MPT" in their names and may be visually inspected for conflicts.[1]

WHEREFORE, due to the volume of its over five hundred subsidiaries, Medical Properties respectfully requests that the requirement to manually input the names of those subsidiaries into the CM/ECF system be waived and that the Court accept Medical Properties' Corporate Disclosure

---

[1] Medical Properties is also named as a nominal defendant in the related cases *Lanskey v. Aldag, Jr., et al.*, Case No. 1:24-cv-00471-SAG; *Wilson v. Dawson, et al.*, Case No. 1:24-cv-00527-SAG; and *Dranch v. Aldag, Jr., et al.*, Case No. 1:24-cv-01899-SAG, and corporate disclosure statements and motions for waiver of the requirement to manually enter the names of Medical Properties' over five hundred subsidiaries have also been filed in those actions.

Statement and Exhibit 1 thereto for filing.  A proposed order is submitted herewith.

Dated: September 20, 2024

/s/     G. Stewart Webb, Jr.
G. Stewart Webb, Jr., Esq.
Federal Bar No. 00828
William B. King
Federal Bar No. 19643
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7400
Fax: (410) 244-7742
gswebb@venable.com
wbking@venable.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 20, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

               */s/  William B. King*
                 William B. King