**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOSEPH CROGNALE, Derivatively on Behalf of MEDICAL PROPERTIES TRUST, INC. | * | |
| Plaintiff | * | |
| V. | * | Civil Action No.: 1:24-cv-02173-SAG |
| EDWARD K. ALDAG, JR., *et al.* | * | |
| Defendants | * | |
| and | * | |
| MEDICAL PROPERTIES TRUST, INC. | * | |
| Nominal Defendant | * | |

**STIPULATION FOR EXTENSION OF TIME FOR**
**<u>RESPONSE TO COMPLAINT AND ORDER</u>**

Plaintiff Joseph Crognale ("Plaintiff"), nominal defendant Medical Properties Trust, Inc., ("MPT"), and individual defendants Edward K. Aldag, Jr., R. Steven Hamner, Emmet E. McLean, J. Kevin Hanna, G. Steven Dawson, Elizabeth N. Pitman, D. Paul Sparks, Jr., Michael G. Stewart, C. Reynolds Thompson, III, Caterina A. Mozingo, and Emily W. Murphy, (the "Individual Defendants") (collectively with MPT, "Stipulating Defendants"), acting by and through their respective attorneys, hereby stipulate and agree, subject to the Court's approval, that the time within which the Stipulating Defendants may respond, by answer, motion or otherwise, to the Plaintiff's Verified Shareholder Derivative Complaint is extended through and until October 6, 2025.

2

| | |
|---|---|
| /s/ *Dana Whitehead McKee* | /s/ *G. Stewart Webb, Jr.* |
| Dana Whitehead McKee | G. Stewart Webb, Jr. |
| Federal Bar No. 04447 | Federal Bar No. 00828 |
| BROWN, GOLDSTEIN & LEVY, LLP | VENABLE LLP |
| 120 E. Baltimore Street, Suite 2500 | 750 E. Pratt Street, Suite 900 |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21202 |
| Email: dwm@browngold.com | Email: gswebb@venable.com |
| Telephone: (410) 962-1030 | Telephone: 410-244-7565 |
| Fax: (410) 385-0869 | Fax: 410-244-7742 |
| (w/ permission—GSW) | |
| | Attorney for Stipulating Defendants |
| Attorney for Plaintiff | |

## **ORDER**

Pursuant to the parties' stipulation, it is SO ORDERED

Dated: __September 18__, 2025

/s/
Hon. Stephanie A. Gallagher
United States District Judge

67863987.1