**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JOSEPH CROGNALE, Derivatively on Behalf of MEDICAL PROPERTIES TRUST, INC. *

Plaintiff *

V. * Civil Action No.: 1:24-cv-02173-SAG

EDWARD K. ALDAG, JR., *et al.* *

Defendants *

and *

MEDICAL PROPERTIES TRUST, INC. *

Nominal Defendant *

**STIPULATION FOR EXTENSION OF TIME FOR**
**RESPONSE TO COMPLAINT AND [PROPOSED] ORDER**

Plaintiff Joseph Crognale ("Plaintiff"), nominal defendant Medical Properties Trust, Inc., ("MPT"), and individual defendants Edward K. Aldag, Jr., R. Steven Hamner, Emmet E. McLean, J. Kevin Hanna, G. Steven Dawson, Elizabeth N. Pitman, D. Paul Sparks, Jr., Michael G. Stewart, C. Reynolds Thompson, III, Caterina A. Mozingo, and Emily W. Murphy, (the "Individual Defendants") (collectively with MPT, "Stipulating Defendants"), acting by and through their respective attorneys, hereby stipulate and agree, subject to the Court's approval, that the time within which the Stipulating Defendants may respond, by answer, motion or otherwise, to the Plaintiff's Verified Shareholder Derivative Complaint is extended through and until December 8, 2025.

_*/s/ Dana Whitehead McKee*________
Dana Whitehead McKee
Federal Bar No. 04447
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21201
Email: dwm@browngold.com
Telephone: (410) 962-1030
Fax: (410) 385-0869
(w/ permission—GSW)

Attorney for Plaintiff

_/s/ *G. Stewart Webb, Jr.*__________
G. Stewart Webb, Jr.
Federal Bar No. 00828
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Email: gswebb@venable.com
Telephone: 410-244-7565
Fax: 410-244-7742

Attorney for Stipulating Defendants

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, it is SO ORDERED

Dated: ______________, 2025

______________________________
Hon. Stephanie A. Gallagher
United States District Judge