IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSEPH CROGNALE, Derivatively on Behalf of MEDICAL PROPERTIES TRUST, INC. | * | |
| Plaintiff | * | |
| V. | * | Civil Action No.: 1:24-cv-02173-SAG |
| EDWARD K. ALDAG, JR., *et al.* | * | |
| Defendants | * | |
| and | * | |
| MEDICAL PROPERTIES TRUST, INC. | * | |
| Nominal Defendant | * | |

**STIPULATION FOR EXTENSION OF TIME FOR
RESPONSE TO COMPLAINT AND [PROPOSED] ORDER**

Plaintiff Joseph Crognale ("Plaintiff"), nominal defendant Medical Properties Trust, Inc., ("MPT"), and individual defendants Edward K. Aldag, Jr., R. Steven Hamner, Emmet E. McLean, J. Kevin Hanna, G. Steven Dawson, Elizabeth N. Pitman, D. Paul Sparks, Jr., Michael G. Stewart, C. Reynolds Thompson, III, Caterina A. Mozingo, and Emily W. Murphy, (the "Individual Defendants") (collectively with MPT, "Stipulating Defendants"), acting by and through their respective attorneys, hereby stipulate and agree, subject to the Court's approval, that the time within which the Stipulating Defendants may respond, by answer, motion or otherwise, to the Plaintiff's Verified Shareholder Derivative Complaint is extended through and until December 22, 2025.

| | |
|---|---|
| _/s/ Dana Whitehead McKee_ | _/s/ G. Stewart Webb, Jr._ |
| Dana Whitehead McKee | G. Stewart Webb, Jr. |
| Federal Bar No. 04447 | Federal Bar No. 00828 |
| BROWN, GOLDSTEIN & LEVY, LLP | VENABLE LLP |
| 120 E. Baltimore Street, Suite 2500 | 750 E. Pratt Street, Suite 900 |
| Baltimore, Maryland  21201 | Baltimore, Maryland  21202 |
| Email: dwm@browngold.com | Email: gswebb@venable.com |
| Telephone: (410) 962-1030 | Telephone:  410-244-7565 |
| Fax: (410) 385-0869 | Fax:  410-244-7742 |
| (w/ permission—GSW) | |
| | Attorney for Stipulating Defendants |
| Attorney for Plaintiff | |

## **[PROPOSED] ORDER**

Pursuant to the parties' stipulation, it is SO ORDERED

Dated: December ___, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Stephanie A. Gallagher
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

69046555.1